**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-1262

KAREN CLARK,

Plaintiff - Appellant,

v.

VIRGINIA COMMUNITY COLLEGE SYSTEM; THOMAS NELSON COMMUNITY
COLLEGE; ALVIN SCHEXNIDER, President; BEVERLY WALKER-
GRIFFEA, Vice President Student Affairs; LISA JOHNSON,
Director Human Resources; BETSY HARRISON, Dean of Student
Services,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Newport News.  Mark S. Davis, District
Judge.  (4:12-cv-00172-MSD-LRL)

Submitted: July 29, 2014                Decided: July 31, 2014

Before NIEMEYER, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Karen Clark, Appellant Pro Se.  Gregory Clayton Fleming, Senior
Assistant Attorney General, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Karen Clark appeals the district court's order dismissing her complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Clark's motion to compel the production of documents and affirm for the reasons stated by the district court. Clark v. Va. Cmty. Coll. Sys., No. 4:12-cv-00172-MSD-LRL (E.D. Va. Feb. 3, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2